IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY PARKER | ) | |
| | ) | |
| v. | ) | NO. 3-14-0555 |
| | ) | JUDGE SHARP |
| NANCY BERRYHILL,[1] ACTING | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY | ) | |

ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 15). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is DENIED, and the decision of the Social Security Administration is AFFIRMED.

The Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

---

[1] Nancy Berryhill became acting Commissioner for the Social Security Administration on January 23, 2017.